Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

BOBBY LEE OCHOA

CASE NO: 10-10276-RLJ-13
HEARING DATE:  5/9/2011
HEARING TIME:  11:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 016 0 U | AMERICAN CREDIT & COLL | $1,507.00 | 017 0 U | CALVARY PORTFOLIO SERVICES LLC | $1.00 |
| 018 0 U | CAPITAL LOANS | $480.00 | 019 0 U | CELLULAR ONE | $400.00 |
| 020 0 U | CENTRAL FIN | $1.00 | 021 0 U | CENTRAL FINANCE | $190.00 |
| 022 0 U | CIC | $200.00 | 023 0 U | CINGULAR WIRELESS | $640.09 |
| 026 0 U | COLLECTION COMPANY OF AMERICA | $327.00 | 027 0 U | CREDIT WORLD | $593.00 |
| 028 0 U | JEFFERSON CAPITAL SYSTEMS LLC | $274.00 | 030 0 U | FIRST STATE BANK TUSCOLA | $300.00 |
| 031 0 U | FIRST COMMUNITY FCU | $1.00 | 032 0 U | GENERAL FINANCE | $126.00 |
| 034 0 U | SERVICE BUREAU INC | $409.00 | 036 0 U | HSBC CARD SERVICES | $977.00 |
| 037 0 U | HSBC / ORCHARD | $491.00 | 038 0 U | HSBC | $8,965.00 |
| 039 0 U | IC SYSTEM INC | $1,090.00 | 040 0 U | NCO FIN-09 | $1.00 |
| 041 0 U | RECOVERY ONE | $2,387.00 | 042 0 U | SBC BANKRUPTCY DEPT | $1,025.00 |
| 043 0 U | SECOND ROUND LP | $812.00 | 045 0 U | WELLS FARGO FINANCIAL | $911.00 |
| 060 0 U | CONSULT ME AMERICA | $1,500.00 | | | |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | WELLS FARGO HOME MORTGAGE | HOME ARREARS -- STAY LIFTED | $7,300.66 | $66,607.00 | | | STAY LIFTED |
| 009 0 | WELLS FARGO HOME MORTGAGE | DIRECT PMTS --STAY LIFTED | $53,707.31 | $66,607.00 | | | STAY LIFTED |
| 010 0 | ABILENE TEACHERS FEDERAL CREDIT UNION | 2007 CHEVY IMPALA | $12,343.00 | $12,239.00 | 8.00% | 59 | $274.32 PAID BY TRUSTE |

Increased term from 58 to 59 months. See modification below.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 011 0 | SANTANDER CONSUMER USA | 2007 CHEVY COBALT | $9,192.50 | $10,800.00 | 10.00% | 59 | $234.33 | PAID BY TRUSTE |
| | Increased term from 58 to 59 months. See modification below. | | | | | | | |
| 012 0 | ABILENE TEACHERS FEDERAL CREDIT UNION | 2000 HONDA CIVIC | | $3,096.42 | $3,222.00 | | | SURRENDERED |
| 013 0 | TAYLOR CO CENTRAL APPRAIS DIST | 2010 PROPERTY TAXES | | $0.00 | $66,607.00 | | | SURRENDERED |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|---|
| 010 1 U | ABILENE TEACHERS FEDERAL CREDIT UNION | $104.00 | | 033 0 U | HENDRICK HEALTH SYSTEM | $409.86 |
| | SPLIT CLAIM/2007 CHEVY IMPALA | | | | MEDICAL SERVCES | |
| 044 0 U | TEXAS POWER | $986.10 | | 050 0 U * | SANTANDER CONSUMER USA | $7,976.89 |
| | SERVICES | | | | AUTO DEFIENCY/03 CHRYSLER CONCORDE | |
| | | | | | Not provided for in confirmed plan. | |
| 051 0 U * | T MOBILE/TMOBILE USA INC | $680.69 | | 061 0 U * | JEFFERSON CAPITAL SYSTEMS LLC | $607.84 |
| | SERVICES | | | | LOAN/EZMONEY LOAN SERVICES | |
| | Not provided for in confirmed plan. | | | | Not provided for in confirmed plan. | |
| 062 0 U * | JEFFERSON CAPITAL SYSTEMS LLC | $1,032.85 | | 063 0 U * | SOUTHWESTERN BELL TELEPHONE COMPANY | $609.12 |
| | SERVICES/CASHNET NAT CREDIT ADJ | | | | SERVICES | |
| | Not provided for in confirmed plan. | | | | Not provided for in confirmed plan. | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

All creditors shall be treated over a 59 month plan term.

Debtors plan term shall increase from 58 to 59 months. Debtor shall pay $673 per month beginning September 2010 for 2 months; then $567 per month beginning November 2010 for the remaining 57 months for a total plan base amount of $33,665.00.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 5/9/2011 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE: US COURTHOUSE ROOM 2000, 3RD AND PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:    3/18/2011                                              /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
ABILENE TEACHERS FCU ATTN: GREG PECK 2801 NORTH 6TH STREET ABILENE TX 79603
ABILENE TEACHERS FEDERAL CREDIT UNION ATTN GREGORY PECK PO BOX 5706 ABILENE TX 79608
AMERICAN CREDIT & COLL 8700 COMMERCE PARK DR ST  HOUSTON TX 77036
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056
BOBBY LEE OCHOA 2800 S 25TH ST  #106  ABILENE TX 79605
CALVARY PORTFOLIO SERVICES LLC PO BOX 1017  HAWTHORNE NY 10532
CAPITAL LOANS 3658 N 6TH  ABILENE TX 79603
CELLULAR ONE PO BOX 79128  PHOENIX AZ 85062
CENTRAL FIN 3424 NORTH FIRST  ABILENE TX 79603
CENTRAL FINANCE 257 FANNIN  ABILENE TX 79603
CIC 802A PINE  ABILENE TX 79601
CINGULAR WIRELESS PO BOX 650574  DALLAS TX 75265
COLLECTION COMPANY OF AMERICA 700 LONGWATER DR  NORWELL MA 02061
CONSULT ME AMERICA 4295 E JURUPA ST  SUITE 117  ONTARIO CA 91761
CREDIT WORLD 1611 S GREGG ST  BIG SPRING TX 79720
FIRST COMMUNITY FCU 3505 WILDEWOOD DRIVE  SAN ANGELO TX 76904
FIRST STATE BANK TUSCOLA PO BOX 98  TUSCOLA TX 77956
GENERAL FINANCE 726 PINE  ABILENE TX 79601
HENDRICK HEALTH SYSTEM 1242 NORTH 19TH STREET  ABILENE TX 79601
HENDRICK HEALTH SYSTEM 1900 PINE STREET  ABILENE TX 79601
HSBC / ORCHARD PO BOX 19360  PORTLAND OR 97280
HSBC CARD SERVICES PO BOX 80026  SALINAS CA 93912
HSBC PO BOX 961245  FORT WORTH TX 76161
IC SYSTEM INC PO BOX 64378  ST PAUL MN 55164
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
MARLIN MEDCLR INOVISION 507 PRUDENTIAL ROAD  HORSHAM PA 19044
MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680
MICHAEL REED MCCREAY VESELKA ET AL PO BOX 1269 ROUND ROCK TX 78680
MICHAEL REED OR LEE GORDON PO BOX 1269  ROUND ROCK TX 78680
MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE 402 CYPRESS SUITE 310 ABILENE TX 79601
NCO FIN-09 507 PRUDENTIAL RD  HORSHAM PA 19044
NCO FINANCIAL SYSTEMS PO BOX 8148  PHILADELPHIA PA 19101
OLGA PEREZ 1282 S PIONEER  ABILENE TX 79605
RAUL OCHOA 216 FM 382  OVALO TX 79541
RECOVERY ONE 4645 EXECUTIVE DR  COLUMBUS OH 43220
SANDTANDER CONSUMER USA 8585 N STEMONS FWY STE  DALLAS TX 75247
SANTANDER CONSUMER USA INC 8585 N STEMMONS FWY STE 1100-N DALLAS TX 75247
SANTANDER CONSUMER USA PO BOX 560284  DALLAS TX 75356
SBC BANKRUPTCY DEPT PO BOX 769  ARLINGTON TX 76004
SECOND ROUND LP 1330 WONDER WORLD DR STE SAN MARCOS TX 78666
SERVICE BUREAU INC 2705 81ST STREET  LUBBOCK TX 79423
SOUTHWESTERN BELL TELEPHONE COMPANY % AT&T ATTORNEY JAMES GRUDUS ESQ ONE AT&T WAY  ROOM 3A218 BEDMINSTER NJ 07921
T MOBILE/TMOBILE USA INC C/O AMERICAN INFROSOURCE LP PO BOX 248848 OKLAHOMA CITY OK 73124
TAYLOR CO CENTRAL APPRAIS DIST 1534 S TREADAWAY BLVD  ABILENE TX 79602
TEXAS POWER ATTN  BANKRYPTCY DEPARTMENT 4025 WOODLAND PARK BLVD, STE 220 ARLINGTON TX 76013
TEXAS POWER LP 4025 WOODLAND PARK BLVD  ARLINGTON TX 76013
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO BANK LEGAL PRACTICE MANAGEMENT 15000 SURVEYOR BLVD ADDISON TX 75001
WELLS FARGO FINANCIAL 4150 SW DRIVE SUITE 125  ABILENE TX 79606
WELLS FARGO HOME MORTG 625 MARYVILLE CENTRE DR  SAINT LOUIS MO 63141
WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS / MAC # X2302-04C BANKRUPTCY PAYMENT PROCESSING DES MOINES IA 50328
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```